## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | |
|---|---|
| CHRISTOPHER JON SARANTINOS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.   10-cv-1196 |
| ) | |
| MICHAEL J. ASTRUE, *Commissioner of* ) | |
| *Social Security*, ) | |
| ) | |
| Defendant. ) | |

## O R D E R  &  O P I N I O N

Before the Court is a motion to proceed in forma pauperis, filed by Plaintiff Christopher Jon Sarantinos and received by this Court on June 23, 2010.  (Doc. 3). Plaintiff states, under penalty of perjury, that he has no income, and that his only property is a 1991 Chevy Van worth $650.00.  In addition, Plaintiff states that he has three children dependent upon himself and his girlfriend for support, and that the family lives in his sister's basement, paying $500 per month in rent, among other expenses.  Plaintiff's girlfriend receives $465 every two weeks in unemployment compensation, which will end in nine weeks, and Plaintiff receives $435 per month in food stamps for the family.  The Court finds that Plaintiff is unable to pay the filing fee.

IT IS THEREFORE ORDERED that the motion to proceed in forma pauperis (Doc. 3) is GRANTED.  Plaintiff is excused from paying the filing fee in this action. The Clerk shall file the Complaint attached to the motion and deliver three copies,

along with summons, to the United States Marshal, who is directed to serve it on Defendant in accordance with Federal Rule of Civil Procedure 4(i).

Entered this <u>24th</u> day of June, 2010.

                                                                                        s/ Joe B. McDade  
                                                                                      JOE BILLY McDADE  
                                                        United States Senior District Judge